IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Thompson Sr, Lonnie | | Case Number: 08 B 05005 |
|---|---|---|---|
| | | | Judge: Goldgar, A. Benjamin |
| | Printed: 10/7/08 | | Filed: 3/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 15, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,200.00 | |
| Secured: | | 45.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,077.00 |
| Trustee Fee: | | 78.00 |
| Other Funds: | | 0.00 |
| Totals: | 1,200.00 | 1,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,784.00 | 1,077.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 473.00 | 45.00 |
| 4. | Citi Residential Lending Inc | Secured | 15,000.00 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 88.18 | 0.00 |
| 6. | Cavalry Portfolio Services | Unsecured | 77.67 | 0.00 |
| 7. | AT&T Wireless | Unsecured | 49.62 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 156.63 | 0.00 |
| 9. | Meadows Credit Union | Unsecured | 1,776.67 | 0.00 |
| 10. | National Auto Finance Inc | Unsecured | 1,420.43 | 0.00 |
| 11. | Centrix Financial A/K/A FlatIron Fin | Secured | | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 13. | Charles S Simon Ltd | Unsecured | | No Claim Filed |
| 14. | American General Finance | Unsecured | | No Claim Filed |
| 15. | Assoc Coll | Unsecured | | No Claim Filed |
| 16. | Harris & Harris | Unsecured | | No Claim Filed |
| 17. | Medical Collections | Unsecured | | No Claim Filed |
| 18. | Village of Morton Grove | Unsecured | | No Claim Filed |
| 19. | Centrix Financial A/K/A FlatIron Fin | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,826.20 | $ 1,122.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 78.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Thompson Sr, Lonnie | Case Number:  08 B 05005 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  10/7/08 | Filed:  3/3/08 |

_____
$ 78.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

